UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JAMES V. MONACELLI,
    Plaintiff,

v.                              CA 11-337 S

AT WALL, et al.,
    Defendants.

### ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on August 21st, 2012 (ECF #26), in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objections having been filed to the Report & Recommendation, the Defendants' Motion to Dismiss (ECF #6) is granted as to all claims and the matter is hereby dismissed *in toto*.

ENTER:

_____
William E. Smith
United States District Judge

Date: 9/26/12